# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JOSE DON REYNOSO | |
|           Plaintiff(s), | No. C 09-02190 MEJ |
|   v. | |
| CHASE HOME FINANCE | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
|           Defendant(s). | |

On June 19, 2009, Defendant electronically filed its Motion to Dismiss (Dkt. ##3-4). However, Defendant has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.

**IT IS SO ORDERED.**

Dated: June 23, 2009

_____
Maria-Elena James
United States Magistrate Judge