UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

JOSE DON REYNOSO

        Plaintiff(s),

  v.

CHASE HOME FINANCE

        Defendant(s).
_____/

No. C 09-02190 MEJ

**SECOND ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM**

On June 22, 2009, the Court ordered the parties to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. (Dkt. #5.) To date, neither party has complied with the Court's order. Accordingly, the Court hereby ORDERS the parties to consent to Magistrate Judge James' jurisdiction or request reassignment to a United States District Judge for trial. The parties shall inform the Court of their decision by August 13, 2009. Further instructions may be found in the Court's June 22 Order. **As this is the second order, failure to comply with this Order may result in the imposition of sanctions.**

    **IT IS SO ORDERED.**

Dated: July 23, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DON REYNOSO | No. C 09-02190 MEJ |
| Plaintiff(s), | **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT** |
| vs. | |
| CHASE HOME FINANCE | |
| Defendant(s). | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____   Signed by: _____

Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____   Signed by: _____

Counsel for: _____

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE DON REYNOSO,

        Plaintiff,

v.

CHASE HOME FINANCE et al,

        Defendant.

Case Number: CV09-02190 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Don Reynoso
4900 Beldin Lane
Oakley, CA 94561

Dated: July 23, 2009

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk