UNITED STATES DISTRICT COURT

Northern District of California

JOSE DON REYNOSO,

              Plaintiff(s),           No. C 09-02190 MEJ

  v.

                                       **ORDER VACATING CMC**

CHASE HOME FINANCE,

              Defendant(s).

_____/

This matter is currently scheduled for a case management conference on August 27, 2009. However, as Defendant's motion to dismiss is scheduled to be heard on October 1, 2009, the Court finds a c.m.c. unnecessary at this time. Accordingly, the Court hereby VACATES the August 27, 2009 Case Management Conference and all related deadlines. The Court shall reschedule the c.m.c., if necessary, after resolving Defendant's motion to dismiss.

    **IT IS SO ORDERED.**

Dated: August 17, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge