UNITED STATES DISTRICT COURT

Northern District of California

JOSE DON REYNOSO,

                Plaintiff(s),                No. C 09-02190 MEJ

  v.

CHASE HOME FINANCE,                 **ORDER TO SHOW CAUSE**

                Defendant(s).
_____/

On August 7, 2009, the Defendants in the above-captioned matter filed a Motion to Dismiss, with a noticed hearing date of October 1, 2009. (Dkt. #13.)  Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by September 10, 2009.  However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the October 1, 2009 motion to dismiss hearing and ORDERS Plaintiff Jose Don Reynoso to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by October 8, 2009, and the Court shall conduct a hearing on October 22, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 21, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge