UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JOSE DON REYNOSO,<br><br>　　　　　Plaintiff(s),<br>　v.<br>CHASE HOME FINANCE,<br>　　　　　Defendant(s).<br>_____/ | No. C 09-02190 MEJ<br><br>**ORDER VACATING OSC**<br><br>**ORDER SCHEDULING HEARING RE: MOTION TO DISMISS** |

On September 21, 2009, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute. (Dkt. #20.) Having reviewed Plaintiff's declaration in response (Dkt. #22), the Court hereby VACATES the order to show cause. As Defendant's motion to dismiss remains pending (Dkt. #13), and Plaintiff has filed an opposition thereto, the Court shall conduct a hearing on October 29, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Defendant shall file any reply by October 21, 2009.

**IT IS SO ORDERED.**

Dated: October 13, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE DON REYNOSO,

        Plaintiff,

  v.

CHASE HOME FINANCE et al,

        Defendant.

Case Number: CV09-02190 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Don Reynoso
4900 Beldin Lane
Oakley, CA 94561

Dated: October 13, 2009

        Richard W. Wieking, Clerk
        By: Chris Nathan, Deputy Clerk