1
2
3                    UNITED STATES DISTRICT COURT
4                       Northern District of California
5
6  JOSE DON REYNOSO,
7              Plaintiff(s),           No. C 09-02190 MEJ
     v.
8                                      **ORDER RE SUPPLEMENTAL**
   CHASE HOME FINANCE,                 **BRIEFING**
9
             Defendant(s).
10  _____/
11

12       On October 29, 2009, the Court held oral argument in this matter. At the hearing, the Court
13  raised an issue regarding the existence of subject matter jurisdiction in this action. Particularly,
14  Plaintiff's First Amended Complaint indicates that subject matter jurisdiction exists because Plaintiff
15  is asserting a claim pursuant to the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692.
16  However, as Defendant acknowledges in its Motion at footnote 1 on page 1, Plaintiff's pleading
17  does not actually assert a claim under § 1692. The Court must therefore examine whether subject
18  matter jurisdiction exists under 28 U.S.C. § 1332. Toward that end, the Court **ORDERS** Defendant
19  to file a Supplemental Brief addressing the following issues:
20  1.    In what state(s) is Defendant incorporated?
21  2.    In what state is Defendant's principal place of business?
22       Defendant shall file a Supplemental Brief, no longer than 3 pages in length, addressing these
23  issues by **November 6, 2009**.
24       **IT IS SO ORDERED.**
25
26  Dated: October 29, 2009
27                                       _____
                                         Maria-Elena James
                                         Chief United States Magistrate Judge
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE DON REYNOSO,

        Plaintiff,

  v.

CHASE HOME FINANCE et al,

        Defendant.

                         Case Number: CV09-02190 MEJ

                         **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Don Reynoso
4900 Beldin Lane
Oakley, CA 94561

Dated: October 29, 2009

                         Richard W. Wieking, Clerk
                         By: Brenda Tolbert, Deputy Clerk